# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5199**                                                        **September Term, 2019**

                                                                                        1:19-cv-01454-CKK

                                               **Filed On: April 6, 2020** [1836900]

Jeffrey A. Lovitky,

        Appellant

    v.

Donald J. Trump, in his official capacity as
President of the United States,

        Appellee

## M A N D A T E

    In accordance with the judgment of February 11, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                          BY:     /s/
                                                         Daniel J. Reidy
                                                         Deputy Clerk

Link to the judgment filed February 11, 2020